IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MIGUEL CHAVARRIA, JR., *Plaintiff*, v. PHILADELPHIA GAS WORKS, et al., *Defendants*. | CIVIL ACTION NO. 19-04428 |

# ORDER

**AND NOW**, this 28th day of December 2020, it is hereby ORDERED that Plaintiff's Motion to Disqualify the Court, (ECF No. 40), is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.