IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MIGUEL J. CHAVARRIA JR., *Plaintiff,* v. PHILADELPHIA GAS WORKS, et al., *Defendants.* | CIVIL ACTION NO. 19-4428 |

## ORDER

**AND NOW**, this 10th day of June 2021, upon consideration of Philadelphia Gas Works' Motion for Summary Judgment (ECF 52), Chavarria's Response (ECF 60) and PGW's Reply (ECF 62), as well as Gas Works Employees' Union Local 686's Motion for Summary Judgment (ECF 51) to which Chavarria never responded, and having heard oral argument on both Motions (ECF 67), it is hereby **ORDERED** that the Motions are **GRANTED**.  Judgment is entered in favor of PGW and Local 686 and against Chavarria on all claims.  The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

 */s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.